UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. BRUNNER, ET AL.,,<br><br>　　　　Defendants. | No. 2: 18-cv-2449 JAM KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for a settlement conference before Magistrate Judge Claire on March 11, 2019. On February 6, 2019, the undersigned issued a writ of ad testificandum for plaintiff to personally appear at the March 11, 2019 settlement conference.

　　　　Court records indicate that plaintiff was recently transferred to California State Prison-Sacramento ("CSP-Sac") from California State Prison-Corcoran ("Corcoran"), likely in anticipation of the settlement conference.

　　　　On February 27, 2019, plaintiff filed a letter with the court stating that his life is in danger following his transfer to CSP-Sac. (ECF No. 42.) Plaintiff alleges that his life has been threatened by "all green wall white supremacist officers." Plaintiff also alleges that he is in danger from corrupt prison gang officers. Plaintiff requests that the court order his transfer to Santa Rita County Jail in Dublin, California for "protective custody."

1

Plaintiff's February 27, 2019 letter contains no information regarding specific threats made to plaintiff's life. Plaintiff does not identify any prison officials who allegedly threatened him. Plaintiff also does not specifically describe the threats made to him or when they were made. Plaintiff shall immediately file further briefing in support of his claim that his life is in danger, addressing these matters.

Accordingly, IT IS HEREBY ORDERED that:

1. Within five days of the date of this order, plaintiff shall file the further briefing discussed above;
2. The Clerk of the Court shall serve a copy of this order and plaintiff's February 27, 2019 letter on Supervising Deputy Attorney General Monica Anderson.

Dated: March 1, 2019

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bar2449.ord