UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>J. BRUNNER, et al.,<br><br>    Defendants. | No. 2: 18-cv-2449 JAM KJN P<br><br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On December 7, 2018, this action was referred to the Post-Screening ADR Project and stayed for 120 days. (ECF No. 20.) On March 11, 2019, a settlement conference was held in this action. This action did not settle.

    Accordingly, IT IS HEREBY ORDERED that the stay in this action is lifted.

Dated: March 13, 2019

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

Barn2449.ord

1