UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES, | No. 2: 18-cv-2449 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. BRUNNER, et al., | |
| Defendants. | |

On November 28, 2018, plaintiff filed a two pages long summary judgment motion. (ECF No. 17.) In this motion, plaintiff requests that the court award the money damages and injunctive relief sought in the complaint. Plaintiff's motion for summary judgment does not comply with Federal Rule of Civil Procedure 56, which sets forth the procedures for filing summary judgment motions. Accordingly, plaintiff's November 28, 2018 summary judgment motion is denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (ECF No. 17) (docketed as a motion for summary judgment and a motion for injunctive relief) is denied without prejudice.

Dated: March 20, 2019

bar2449.sj

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE