UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. BRUNNER, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-2449 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 10, 2019, defendants filed a summary judgment motion. (ECF No. 60.) Plaintiff did not file an opposition to this motion.

On May 23, 2019, plaintiff filed a letter with the court addressing several issues. (ECF No. 64.) At the conclusion of this letter, plaintiff states that Property Officer Sanchez at California State Prison-Corcoran ("Corcoran"), where plaintiff is housed, is "holding all plaintiff's legal property, legal documents in connection with hate crimes."

Within fourteen days of the date of this order, plaintiff shall inform the court whether he has access to his legal property. If plaintiff does not have access to his legal property, he shall describe his attempts to obtain access to his legal property. If plaintiff has access to his legal property, he shall file his opposition to defendants' summary judgment motion within time.

////

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days to inform the court whether he has access to his legal property; if not, what attempts he has made to obtain his legal property; and if plaintiff has access to his legal property, he shall file his opposition to defendants' summary judgment motion within that time.

Dated: June 19, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Barn2449.pi(2)